UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| MPOWER MD, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>MPower Fitness, LLC,<br><br>*Defendant*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 3:26-cv-________<br><br>JURY TRIAL DEMANDED |

**COMPLAINT**

The plaintiff, MPower MD, LLC ("Plaintiff"), states for its Complaint against the defendant, MPower Fitness, LLC ("Defendant"), as follows:

THE PARTIES

1. Plaintiff is a Tennessee Limited Liability Company having its principal place of business at 2004 Hayes Street, Suite 110, Nashville, Tennessee 37203.

2. Plaintiff operates four Nashville-area clinics under the service mark MPOWER that offer physical therapy, hand therapy, massage therapy, sports therapy, personal training, and nutrition services to individuals in and outside of Tennessee.

3. Defendant is an Alabama limited liability company having an address at 174 Highland Lakes Drive, Birmingham, Alabama 35242. Defendant may be served with process by serving Emma Suttles, its registered agent, at the above address.

4. Defendant operates multiple Birmingham-area fitness studios under the name MPOWER or MPOWER FITNESS.

5. Since on or about June 1, 2025, Defendant has also operated or licensed the operation of a physical fitness studio at 1610 54th Avenue N, Suite 135, Nashville, Tennessee 37209, under the formal name of MPOWER NASHVILLE + A LAGREE STUDIO.

## JURISDICTION AND VENUE

6. This Court has original jurisdiction pursuant to 28 U.S.C. § 1331 because this action arises under the laws of the United States in accordance with 28 U.S.C. § 1338(a) and 15 U.S.C. § 1121(a).

7. Venue is proper in this Court pursuant 28 U.S.C. § 1391(b)(2) because this is the District in which a substantial part of the events or omissions giving rise to the claim occurred.

8. This Court has personal jurisdiction over Defendant because Defendant operates or licenses the operation of a physical fitness studio in Nashville, Tennessee, under the name MPOWER NASHVILLE + A LAGREE STUDIO and similar trade names or trademarks, as further described below. By virtue of establishing a permanent place of business in, or licensing the use of the MPOWER trade name for the purpose of creating such an establishment in, Nashville, Tennessee, Defendant is subject to the personal jurisdiction of this Court.

## FACTUAL ALLEGATIONS

9. Since 2014, Plaintiff has owned and operated clinics offering various fitness and physical therapy services in Nashville, Tennessee.

10. Although Plaintiff's clinics are only located in Nashville, Plaintiff has been recognized as offering high quality physical therapy, sports therapy, massage therapy, personal training, nutrition, and other services, by virtue of the fact that multiple professional athletes from across the United States have received or currently receive such services through Plaintiff.

11. Currently, Plaintiff has four clinic locations across the Greater Nashville area.

12. By virtue of Plaintiff's services being offered in interstate commerce, Plaintiff has obtained multiple federal trademark registrations incorporating the word MPOWER.

13. Plaintiff's registrations are listed below, and the certificates of registration for these marks are attached as **Exhibit A** to this Complaint.

| **Mark** | **Reg. No.** | **Filing Date** | **Goods/Services** |
|---|---|---|---|
| MPOWER TRAINING | 6,054,269 | 1/9/2019 | IC 041 - Sports training services; Providing facilities for sports training |
| MPOWER NUTRITION | 6,054,268 | 1/9/2018 | IC 044 - Nutrition counseling; Nutritional therapy services; Dietary and nutritional guidance; Food nutrition consultation; Providing healthy lifestyle and nutrition services, namely, personal assessments, personalized routines, maintenance schedules, and counseling; Providing information in the field of nutrition |
| MPOWER THERAPY | 6,054,267 | 1/9/2019 | IC 044 - Massage; Physical therapy; Medical, physical rehabilitation and physical therapy services; Physiotherapy |

| | | | |
|---|---|---|---|
| MPOWER SPORTS MEDICINE | 6,131,095 | 1/9/2019 | IC 044 - Sports medicine services |
| MPOWER PHYSICAL THERAPY | 6,956,355 | 12/23/2021 | IC 041 - Personal fitness training services; Personal fitness training services and consultancy; Personal trainer services; Physical fitness consultation; Physical fitness training services<br><br>IC 044 - Massage; Massage therapy services; Medical, physical rehabilitation and physical therapy services; Nutrition counseling; Physical therapy; Sports medicine services; Food nutrition consultation; Sports massage |

14. Plaintiff's marks include MPOWER and one or more words that are descriptive or generic of the services being provided.

15. MPOWER is the most distinctive word in each registered mark.

16. Defendant was formed as an entity in 2016 and, on information and belief, began operating physical fitness studios offering pilates and/or lagree classes in Birmingham, Alabama since in or about 2016 under the name MPOWER or MPOWER FITNESS.

17. In May 2025, Plaintiff became aware that Defendant planned to open a physical fitness studio in Nashville, Tennessee, at a business address of 1610 54th Avenue N, Suite 135, Nashville, Tennessee 37209 under the name MPOWER NASHVILLE + A LAGREE STUDIO.

18. On information or belief, Defendant's Nashville studio location opened for business on or about May 31, 2025.

19. While the Nashville location is allegedly formally named MPOWER NASHVILLE + A LAGREE STUDIO, Defendant often presents its business using just the word MPOWER.

20. For example, on the Instagram and Facebook pages for its Nashville location, the business image or avatar simply states, MPOWER.

21. Defendant's class reservation/booking webpage also prominently displays the business name as MPOWER or MPOWER NASHVILLE.

22. In addition, the webpage states that it offers "personal training" and "pilates" services.

23. A printout of the webpage as it appeared on October 7, 2026 is attached as **Exhibit B**.

24. Like Plaintiff, Defendants' mark is used in a manner that emphasizes MPOWER.

25. In many instances, Defendant is using MPOWER alone.

26. In other instances, MPOWER is used with a geographically descriptive or generic word that does not significantly alter the commercial impression of the mark.

27. In particular, Defendant's use of MPOWER with "personal training" and "pilates" directly underneath that word, as shown in Exhibit B, is confusingly similar to Plaintiff's MPOWER trademark registrations, especially MPOWER TRAINING for sports training services and MPOWER PHYSICAL THERAPY and Design for personal training services, among other services.

28. Defendant's Nashville location is squarely within Plaintiff's geographic territory of operation in Nashville, Tennessee.

29. Plaintiff has clinic locations at 2004 Hayes Street in Midtown Nashville, and 2001 Woodmont Blvd in the Green Hills neighborhood of Nashville.

30. Defendant's Nashville location is at 1610 54th Avenue N, in the Nations neighborhood, approximately 4 miles from Plaintiff's Midtown location and 6 miles from Plaintiff's Green Hills location.

31. Consumer reviews, such as those shown in Exhibit B and gathered or available on Google, often refer to Defendant's studio as MPOWER.

32. On or about May 27, 2025, Plaintiff notified Defendant's registered agent of Plaintiff's previously existing business in Nashville and its U.S. trademark registrations, but this matter has not been resolved.

## COUNT I
## TRADEMARK INFRINGEMENT UNDER THE LANHAM ACT

33. Plaintiff incorporates by reference the allegations set forth above.

34. Defendant has adopted and continues to use MPOWER within the Greater Nashville area for use with pilates, lagree, physical fitness, and personal training services.

35. Defendant's use of MPOWER is likely to cause confusion, mistake, or deception in that the purchasing public, and others are likely to believe that Defendant's MPOWER studio in Nashville is in some manner approved by, associated with, sponsored by, or in some other manner connected with Plaintiff's MPOWER clinics.

36. Defendant's use of MPOWER in a manner that causes confusion with Plaintiff's registered marks for or incorporating MPOWER constitutes trademark infringement under the Trademark Laws of the United States, 15 U.S.C. §1114(1).

37. Defendant's acts irreparably damage Plaintiff and will continue to damage Plaintiff unless restrained by this Court; wherefore, Plaintiff is without an adequate remedy at law.

38. Plaintiff requests that, in accordance with 15 U.S.C. § 1117(a), the Court enter judgment against Defendant for damages and costs, as follows:

(a) in accordance with 15 U.S.C. § 1117(a), such damages as Plaintiff has suffered as a result of Defendant's acts of trademark infringement and unfair competition, and all profits wrongfully derived by Defendant from its infringing services;

(b) judgment, according to the circumstances of the case, for treble damages; in accordance with 15 U.S.C. § 1117(a)

(c) reasonable attorney fees in accordance with 15 U.S.C. § 1117 (a); and

(d) damages in an amount sufficient to compensate Plaintiff for the expense of advertising and other measures to correct the confusion of the public and the damage to Plaintiff's business reputation caused by Defendant's acts.

39. Plaintiff further requests that the Court enjoin Defendant from infringing upon Plaintiff's MPOWER trademarks or otherwise using a trade name or trademark confusingly similar to Plaintiff's MPOWER trademarks.

COUNT II
UNFAIR COMPETITION

40. Plaintiff incorporates by reference the allegations set forth above.

41. Defendant's use of the trade name MPOWER, which is confusingly similar to Plaintiff's distinctive registered federal trademarks and common law state trademarks for MPOWER and related trade names and trademarks, constitutes a false designation of origin of Defendant's services and tends falsely to represent Defendant and its MPOWER studios as being legitimately connected with Plaintiff, in violation of Section 43(a) of the Trademark Laws of the United States, 15 U.S.C. §1125(a).

42. Plaintiff requests that, in accordance with 15 U.S.C. § 1117(a), the Court enter judgment against Defendant for damages and costs, as follows:

(a) in accordance with 15 U.S.C. § 1117(a), such damages as Plaintiff has suffered as a result of Defendant's acts of trademark infringement and unfair competition, and all profits wrongfully derived by Defendant from its infringing services;

(b) judgment, according to the circumstances of the case, for treble damages; in accordance with 15 U.S.C. § 1117(a)

(c) reasonable attorney fees in accordance with 15 U.S.C. § 1117 (a); and

(d) damages in an amount sufficient to compensate Plaintiff for the expense of advertising and other measures to correct the confusion of the public and the damage to Plaintiff's business reputation caused by Defendant's acts.

43. Plaintiff further requests that the Court enjoin Defendant from infringing upon Plaintiff's MPOWER trademarks or otherwise using a trade name or trademark confusingly similar to Plaintiff's MPOWER trademarks, at least as to Defendant's use in Nashville.

## JURY DEMAND

44. Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Plaintiff demands a jury trial on all the issues so triable.

## PRAYER FOR RELIEF

Plaintiff requests that the Court:

A. Enter an injunction enjoining Defendant from its further infringement and unfair competition;

B. Enter judgment for Plaintiff for compensatory and damages in an amount to be determined at trial, including Defendant's profits, any damages sustained by Plaintiff, costs of the action, treble damages according to the circumstances of the case, and reasonable attorney fees in accordance with 15 U.S.C. § 1117(a);

C. Grant Plaintiff a trial on all issues so triable; and

D. Award Plaintiff any and all other relief to which they may be entitled.

Respectfully submitted,

By: /s/ R. Brandon Bundren
R. Brandon Bundren (BPR #30985)
Jacob W. Neu (BPR #030278)
BRADLEY ARANT BOULT CUMMINGS, LLP
1221 Broadway, Suite 2400
Nashville, Tennessee 37203
Tel: 615.244.2582
Fax: 615.252.6380
Email: bbundren@bradley.com
Email: jneu@bradley.com

*Counsel for Plaintiff*